ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/03/06

------------------------------------------------------------x

IN RE AUTHENTIDATE HOLDING CORP.
SECURITIES LITIGATION

Civil No.: 1:05-CV-5323 (LTS)

ALL ACTIONS

------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S INTERIM SEALING MOTION

Upon consideration of the Interim Sealing Motion (the "Motion") dated August 3, 2006, filed on behalf of Lead Plaintiff, the Illinois State Board of Investment ("ISBI") seeking permission to file under seal the document identified in the Motion:

It is hereby **ORDERED** that:

1.    Lead Plaintiff's Interim Sealing Motion is **GRANTED**;

2.    Copies of this Order and the accompanying Memorandum shall be **SENT** by Lead Plaintiff to counsel of record.

August 2, 2006
Date

_____
Hon. Laura Taylor Swain
United States District Judge

Faxed
Copies mailed to Lead Plaintiff
Chambers of Judge Swain  8/3/06