UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
IN RE AUTHENTIDATE         :
HOLDING CORP.              :
SECURITIES LITIGATION      :
                           :
This Document Relates To:  :
 All Actions               :
———————————————————— x



MASTER FILE
05 Civ. 5323 (LTS)

### ORDER

The Court is in receipt of a letter from Andrew J. Entwistle, Esq., regarding Chicago Clearing Corporation's untimely proof of claim. Mr. Entwistle is directed to file a motion to approve the denial of the late claims, on notice to the late claimants.

SO ORDERED.

Dated: New York, New York
       September 14, 2012

LAURA TAYLOR SWAIN
United States District Judge